# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AIVARS LEMBERGS,<br><br>      *Plaintiff*,<br><br>v.<br><br>ANDREA M. GACKI, in her official capacity as Director of the Office of Foreign Assets Control, and THE UNITED STATES DEPARTMENT OF THE TREASURY, OFFICE OF FOREIGN ASSETS CONTROL,<br><br>      *Defendants*. | Civil Action No. 20-cv-02196 (RC) |

## JOINT STIPULATION OF DISMISSAL

It is hereby stipulated and agreed by and between the parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action shall be dismissed without prejudice.

Dated: February 12, 2021

Respectfully submitted,

Erich C. Ferrari, Esq.
Ferrari & Associates, P.C.
1455 Pennsylvania Ave., NW
Suite 400
Washington, D.C. 20004
Telephone: (202) 280-6370
Fax: (877) 448-4885
Email: ferrari@falawpc.com
DC Bar No. 978253

*Counsel for Plaintiff*

/s/
Antonia Konkoly
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 514-2395 (direct)
(202) 616-8470
antonia.konkoly@usdoj.gov

*Counsel for Defendants*
